UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YADA SMITH, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| WILMINGTON SAVINGS FUND | ) | 3:18-CV-2065-G (BH) |
| SOCIETY FSB, AS TRUSTEE FOR | ) | |
| STANWICH MORTGAGE LOAN | ) | |
| TRUST, A MORTGAGE ELECTRONIC | ) | |
| REGISTRATION SYSTEMS, SAMUEL | ) | |
| G. DAVIDSON, PETER S. WAHBY, | ) | |
| AND JOSEPH P. GRIFFITH WITH | ) | |
| GREENBERG TRAURIG, L.L.P., | ) | |
|     Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the U.S. Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Defendants' motion to dismiss plaintiff's third amended complaint (docket entry 10) is **GRANTED**. Defendants' motion for summary judgment (docket entry 25) is **DENIED** as moot. By separate judgment, all of the plaintiff's claims against

Wilmington Savings Fund Society FSB, as Trustee for Stanwich Mortgage Loan Trust, Mortgage Electronic Registration Systems, Inc., Samuel G. Davidson, Peter S. Wahby, Joseph P. Griffith, and Greenberg Traurig, L.L.P., will be **DISMISSED** with prejudice.

    **SO ORDERED**.

July 8, 2019.

    */s/ A. Joe Fish*
    _____
    **A. JOE FISH**
    **Senior United States District Judge**