IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YADA SMITH, | § | |
|     Plaintiff, | § | |
| v. | § | Civil Action No. 3:18-CV-2065-G(BH) |
| WILMINGTON SAVINGS FUND SOCIETY FSB, as Trustee for STANWICH MORTGAGE LOAN TRUST, et al., | § | |
|     Defendants. | § | Referred to U.S. Magistrate Judge[1] |

## RECOMMENDATION REGARDING AMENDED REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL

Before the Court is the plaintiff's amended *Application to Proceed in District Court without Prepaying Fees or Costs*, received July 19, 2019 (doc. 39).

(**X**)     The amended request for leave to proceed *in forma pauperis* on appeal should be DENIED because the Court should certify pursuant to Fed. R. App. P. 24(a)(3) and 28 U.S.C. § 1915(a)(3) that the appeal is not taken in good faith for the reasons set forth in the findings, conclusions and recommendation filed in this case on June 14, 2019 (doc. 32).

**If the Court denies the request to proceed *in forma pauperis* on appeal, the plaintiff may challenge the denial by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days after service of the notice required by Fed. R. App. P. 24(a)(4).** *See* **Fed. R. App. P. 24(a)(5).**

SIGNED this 22nd day of July, 2019.

                                  IRMA CARRILLO RAMIREZ
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] By *Special Order No. 3-251*, this *pro se* case has been automatically referred for full case management, including the determination of non-dispositive motions and issuance of findings of fact and recommendations on dispositive motions. By *Amended Miscellaneous Order No. 6* (adopted by *Special Order No. 2-59* on May 5, 2005), requests to proceed *in forma pauperis* on appeal are also automatically referred.